# Andrew Clary

| | |
|---|---|
| **From:** | David Heldreth <dheldrethjr@gmail.com> |
| **Sent:** | Monday, November 4, 2024 7:09 AM |
| **To:** | WAWDdb_NewCasesSea; David Heldreth |
| **Subject:** | 11.04.2024 Civil Complaint |
| **Attachments:** | ao440 Summons Garland.pdf; ao440 Summons Milgram.pdf; ao440 Summons DEA.pdf; ao440 Summons DOJ.pdf; Exhibit 2 DEA transcript.pdf; Exhibit 1 DEA MJ.pdf; Exhibit 3 DEA MJ Ho Chunk.pdf; Exhibit 4 DEA MJ NCAI.pdf; Exhibit 5 DEA MJ Indigenous.pdf; ao440 Summons Mulrooney.pdf; js_044_-_civil_cover_sheet_1(1).pdf; 11.04.2024 DH COMPLAINT DEA MARIJUANA.pdf |
| **Categories:** | Andrew |

**CAUTION - EXTERNAL:**

Please see the attached civil complaint, exhibits, summons and cover sheet. The plaintiff is Pro Se self-representing.

I would like to pay the filing fee via credit card over the phone.

David Heldreth
14321 SE 49th st
Bellevue WA 98006

(cell) 805-207-2964

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1