UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID HELDRETH, | CASE NO. C24-1817-KKE |
| Plaintiff(s), | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR STAY |
| v. | |
| MERRICK B. GARLAND, et al., | |
| Defendant(s). | |

After the Court denied Plaintiff's motion for a temporary restraining order (Dkt. No. 15), Defendants filed a notice of improper service, indicating that Plaintiff had not yet effected proper service of process on the United States Attorney's Office, as required by Federal Rule of Civil Procedure 4(i). Dkt. No. 16. Although Plaintiff seems to disagree that service on the United States Attorney's Office is required, he has apparently recently mailed filings for that purpose. Dkt. No. 19 at 2.

Plaintiff subsequently requested a stay of these proceedings because the underlying proceedings at issue in the Drug Enforcement Administration have been stayed, and the Defendants do not oppose that motion. Dkt. Nos. 19, 20. The Court agrees with the parties that a stay is appropriate in the interest of judicial economy. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

The Court therefore GRANTS Plaintiff's unopposed motion to stay this case. Dkt. No. 19. Defendants' deadline to respond to Plaintiff's complaint is either 60 days after the United States Attorney's Office is served, or 21 days after the Court lifts the stay, whichever is later. The parties are ORDERED to provide a joint status report on whether a stay continues to be warranted no later than June 30, 2025.

Dated this 16th day of January, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge