UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID HELDRETH, | CASE NO. C24-1817-KKE |
| Plaintiff(s), | ORDER EXTENDING STAY |
| v. | |
| PAMELA J. BONDI,[1] et al., | |
| Defendant(s). | |

The Court previously granted the parties' request to stay this action because the underlying administrative proceedings giving rise to this action had been stayed. Dkt. No. 21. The Court ordered the parties to file a joint status report addressing whether the stay should continue beyond June 30, 2025. *Id*. The parties timely filed a joint report requesting an extension of the stay. Dkt. No. 23.

The Court therefore extends the stay and ORDERS the parties to file a joint status report no later than September 29, 2025, addressing whether a further stay is warranted.

Dated this 30th day of June, 2025.

Kymberly K. Evanson
United States District Judge

---

[1] Consistent with Federal Rule of Civil Procedure 25(d), Attorney General Pamela J. Bondi is substituted for Defendant Merrick B. Garland. *See* Dkt. No. 23 at 1 n.1.

ORDER EXTENDING STAY - 1