District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| David Alan Heldreth, Jr., | Case No. 2:24-cv-1817-KKE |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| Pamela J. Bondi, in her official capacity as Attorney General of the United States,[1] et al., | |
| Defendants. | |

TO:   CLERK OF THE ABOVE-ENTITLED COURT; and

TO:   All Parties of Record.

In accordance with the Court's June 30, 2025 Order Extending the Stay, the parties respectfully submit the following Joint Status Report:

1.   Pro se plaintiff David Heldreth initiated this action on November 4, 2024, to challenge various aspects of the Drug Enforcement Administration's (DEA) administrative process to consider rescheduling marijuana, *see generally* ECF No. 1.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Pamela J. Bondi is automatically substituted as a Defendant for Merrick B. Garland.

2.       Plaintiff later moved for a Temporary Restraining Order seeking to halt a preliminary hearing that was scheduled for December 2, 2024. ECF No. 7.

3.       Defendants opposed that motion, ECF No. 13, and this Court denied it on November 27, 2024, ECF No. 15.

4.       On January 14, 2025, Plaintiff moved to stay this action for a variety of reasons, including that the DEA administrative proceedings had been stayed by the presiding Administrative Law Judge. ECF No. 19.

5.       Defendants agreed that, due to the stay of the administrative proceedings to which this case relates, this action should also be stayed. ECF No. 20.

6.       On January 16, 2025, the Court granted the motion for a stay and ordered the parties to provide a joint status report on whether a stay continues to be warranted. ECF No. 21.

7.       The parties submitted that joint status report on June 30, 2025, explaining that the administrative proceedings regarding the proposed rescheduling of marijuana remained stayed and requesting an extension of the stay of proceedings in this Court. ECF No. 23.

8.       The Court thereafter extended the stay and ordered the parties to submit another joint status report by September 29, 2025. ECF No. 24.

9.       Because the administrative proceedings remain stayed, the parties respectfully submit that the stay continues to be warranted. And to avoid conflicts around the holidays, the parties further propose to submit another joint status report on whether the stay continues to be warranted in the next 120 days, by January 27, 2026.

DATED this 29th day of September, 2025.

                                           Respectfully submitted,

                                           BRETT A. SHUMATE
                                           Assistant Attorney General
                                           Civil Division

JOINT STATUS REPORT                                                                       FEDERAL PROGRAMS BRANCH
2:24-cv-1817-KKE                                                                            1100 L ST. NW
                                                                                             WASHINGTON, DC 20005

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch

*/s/ Elisabeth J. Neylan*
Elisabeth J. Neylan
Trial Attorney (N.Y. Bar Reg. No. 6125736)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel:  (202) 616-3519
Fax:  (202) 616-8460
E-mail:  Elisabeth.J.Neylan@usdoj.gov

*Counsel for Defendants*


*/s/ David Alan Heldreth Jr.*
David Alan Heldreth Jr.
Pro Se Plaintiff
Davidh@panaceaplantsciences.net

2:24-cv-1817-KKE

FEDERAL PROGRAMS BRANCH
1100 L ST. NW
WASHINGTON, DC 20005