UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID HELDRETH,

                Plaintiff(s),

    v.

PAMELA J. BONDI, et al.,

                Defendant(s).

CASE NO. C24-1817-KKE

ORDER EXTENDING STAY

The Court previously granted the parties' request to stay this action because the underlying administrative proceedings giving rise to this action had been stayed. Dkt. No. 21. The Court ordered the parties to file a joint status report addressing whether the stay should continue beyond June 30, 2025. *Id.* The parties timely filed a joint report requesting an extension of the stay. Dkt. No. 25. The Court extended the stay and ordered the parties to file a joint status report no later than September 29, 2025, addressing whether a further stay is warranted. Dkt. No. 24.

The parties filed a joint status report again requesting an extension of the stay, because the underlying administrative proceedings remain stayed. Dkt. No. 25. The Court EXTENDS the stay of this case to January 27, 2026, and ORDERS the parties to file a joint status report no later than January 27, 2026, to address whether the stay continues to be warranted.

Dated this 29th day of September, 2025.

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING STAY - 1