UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID HELDRETH, | CASE NO. C24-1817-KKE |
| Plaintiff(s), | ORDER OF DISMISSAL |
| v. | |
| PAMELA J. BONDI, et al., | |
| Defendant(s). | |

Plaintiff filed a motion for voluntary dismissal of this action without prejudice under Federal Rule of Civil Procedure 41(a)(2). Dkt. No. 27. Defendants have not pleaded a counterclaim and this case has been stayed since January 2025. *See* Dkt. Nos. 21–26.

The Court finds good cause and therefore GRANTS Plaintiff's motion to dismiss (Dkt. No. 27). Plaintiff's claims are DISMISSED without prejudice and the clerk is instructed to administratively close this case.

Dated this 5th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1